Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; John A. Brown and Charles C. Kirk, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 14, 1949; rehearing denied November 23, 1949; released for publication November 23, 1949.

## Arco Electronics, Inc., Appellee, v. Product Manufacturing and Engineering Corporation, Appellant.

### Gen. No. 44,577.

Otto M. Hamer and John P. Derning, for appellant; Charles D. Kern, of counsel; Blanksten & Lansing, for appellee; I. L. Kovitz, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed October 25, 1949; released for publication November 18, 1949.

## People of State of Illinois ex rel. John S. Rusch, Appellee, v. Theresa Partipilo et al., Appellants.

### Gen. No. 43,997.

Gustave E. Riedl, for appellants; William J. Tuohy, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney to Board of Election Com'rs, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed October 25, 1949; rehearing denied November 17, 1949; released for publication November 18, 1949.

## Frank L. Adkins, Appellee, v. C. G. Evans and Luda Evans, Appellants.

### Gen. No. 9,641.

Pree & Pree and Douglass & Wilson, for appellants; Duane L. Traynor, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full. Opinion filed October 31, 1949; released for publication November 28, 1949.

## In re Estate of Sarah Dobbins, Deceased.

### C. C. Carlen, Appellee, v. Jerry E. Hopkins, Administrator of Estate of Sarah Dobbins, Deceased, Appellant.

### Gen. No. 9,661.